USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBORAH JOHNSON,

                Plaintiff,

-against-

VOLUNTEERS OF AMERICA – GREATER NEW YORK, INC.,

                Defendant.

24-CV-06555 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

     A mediation conference in this case was previously scheduled for January 24, 2025, but was not held. The parties are directed by **February 21, 2025**, to file a joint status letter regarding the status of mediation and proposed next steps.

Dated: February 11, 2025
       New York, New York

                                    SO ORDERED.

                                    MARGARET M. GARNETT
                                    United States District Judge